IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NUMBER 17-41454 |
| | ) | |
| LINDA F. IAMURRI, | ) | JUDGE KAY WOODS |
| | ) | |
| Debtor. | ) | |

**MOTION TO REINSTATE CASE**
**AND VACATE ORDER OF DISMISSAL**

Now comes Debtor, LINDA F. IAMURRI ("Debtor"), by and through counsel, and hereby moves this Court to vacate the Order of Dismissal and Reinstate Debtor's Chapter 13 case as follows:

1. Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code (Doc. #1), identified as case number 17-41454, on July 27, 2017.

2. Trustee filed a motion to dismiss for failure to make the all required payments under the Chapter 13 plan (Doc. #26) on October 17, 2017.

3. The 341 Meeting of Creditors was held on November 1, 2017.

4. Trustee filed an objection to the confirmation of Debtor's Chapter 13 plan for failing to provide a 2015 income tax return (Doc. #32) on November 13, 2017.

5. Debtor and Trustee entered into an agreement to resolve the payment delinquency under the Chapter 13 plan, and an Agreed Order documenting same was submitted to the Court on or about November 14, 2017. Such order was never issued, as the case was dismissed.

6. A hearing was held on November 15, 2017, regarding Trustee's motions.

7. On November 16, 2017, the Court issued and Order dismissing Debtor's Chapter 13 case (Doc #35).

8. Since the issuance of the Order of Dismissal, Debtor has resolved completely the payment delinquency and is current with all Chapter 13 plan payments through December 2017.

9. Specifically, Debtor provided a check for the entire amount of the delinquency to undersigned Counsel. A copy of such check was

1

emailed to the Trustee on December 8, 2017, and the original check was mailed to Trustee's lockbox on December 11, 2017.

10. Moreover, since the issuance of the Order of Dismissal, Debtor's 2015 Federal and Ohio income tax returns have been completed by Donald W. Samuels, C.P.A./Samuels Financial Services, and filed with the appropriate tax entity.

11. Debtor was tardy in the filing of her 2015 income tax returns due to a variety of issues, including but not limited to, illness, death, and increased workload.

12. Moreover, for the better part of 2017, Debtor was working on a large project out of state, which necessitated her absence from the area for large portions of the year. Debtor's business responsibilities include managing the books, providing estimates, attending meetings, and being the job superintendent, which responsibilities could not be delegated to others.

13. Copies of the 2015 Federal and Ohio income tax returns were emailed to the Trustee on December 13, 2017, thereby resolving any objections to confirmation of the Chapter 13 plan by the Trustee.

14. Reinstatement of Debtor's Chapter 13 case would be in the best interest of all parties.

15. No creditor will be prejudiced in the event that Debtor's Chapter 13 case is reinstated, since the Chapter 13 plan provides for a 100% dividend to all creditors.

16. Debtor has acted in good faith in this filing, and the equities in this case strongly support granting relief.

Wherefore, Debtor, LINDA F. IAMURRI, requests that this Court vacate the November 16, 2017 Order of Dismissal and reinstate Debtor's Chapter 13 case.

Respectfully Submitted,

/s/ John H. Chaney, III
John H. Chaney, III (#0056193)
DANIEL DANILUK, LLC
Attorney for Debtor
LINDA IAMURRI
1129 Niles Cortland Road, S.E.
Warren, Ohio 44484
(330) 609-9999
(330) 609-9990 – fax
jchaney@daniluklaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 22, 2017 a true and correct copy of the foregoing was served via

the Court's electronic case filing system on these entities and individuals who are on the Court's electronic mail notice list:

- **Michael A. Gallo**   mgallo@gallotrustee.com, mgallo@ecf.epiqsystems.com
- **United States Trustee**   (Registered address)@usdoj.gov
- **John N. Zomoida**   John@Anthony-Zomoida.com
- **Lindsey Hall** bankruptcy@weinerlaw.com

And via regular US Mail to all creditors on the mailing matrix.

/s/ John H. Chaney, III
John H. Chaney, III (#0056193)
DANIEL DANILUK, LLC
Attorney for Debtor
LINDA IAMURRI

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-4<br>Case 17-41454-kw<br>Northern District of Ohio<br>Youngstown<br>Fri Dec 22 09:13:56 EST 2017 | American Tax Funding, LLC<br>250 Tequesta Drive Suite 306<br>Tequesta, FL 33469-2765 | U.S. Bankruptcy Court<br>Federal Building & US Courthouse<br>10 East Commerce Street<br>Youngstown, OH 44503-1693 |
| Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>PO Box 130424<br>Saint Paul, MN 55113-0004 | American Tax Funding, LLC<br>345 Jupiter Lakes Blvd., Suite 300<br>Jupiter, FL 33458-7100 |
| Amy Clum Holbrook, Esquire<br>323 West Lakeside Avenue, Suite 200<br>Cleveland, OH 44113-1009 | Anthony M. Iamurri<br>1948 Columbiana Road<br>New Springfield, OH 44443-9751 | Asset Acceptance<br>P.O. Box 2036<br>Warren, MI 48090-2036 |
| Daniel Daniluk LLC<br>1129 Niles Cortland Road<br>Warren, OH 44484 | Diagnostic Cardiology Associates<br>715 E. Western Reserve Road<br>Youngstown, OH 44514-3358 | Dr. James Ambrose<br>3292 Stones Throw Avenue<br>Youngstown, OH 44514-4213 |
| Dr. Jennifer Baird<br>4139 Boardman Canfield Road<br>Canfield, OH 44406-9034 | Fidelity Collections<br>220 E. Main Street<br>Alliance, OH 44601-2423 | Fidelity Collections<br>P.O. Box 2055<br>Alliance, OH 44601-0055 |
| First Federal Credit Control<br>2470 Chagrin Blvd., Suite 205<br>Beachwood, OH 44122 | First Staff, Inc.<br>4845 Market Street, Suite 6<br>Youngstown, OH 44512-2100 | Glen Capouellez<br>9919 Delray Street #2<br>New Middletown, OH 44442-9713 |
| Glenn Capouellez<br>11914 Youngstown Pittsburgh Road<br>Petersburg, OH 44454-9707 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>c/o Bankruptcy Dept<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jerry M. Bryan, Esquire<br>6 Federal Plaza Central, #1300<br>Youngstown, OH 44503-1508 | John N. Zamoida, Jr., Esquire<br>40 South Main Street<br>Youngstown, OH 44514-1914 | LVNV Funding/MCI<br>P.O. Box 10497<br>Greenville, SC 29603-0497 |
| MIdland Credit Management<br>ATTN: Bankruptcy<br>PO Box 60578<br>Los Angeles, CA 90060-0578 | Mahoning County Treasurer<br>120 Market Street<br>Youngstown, OH 44503-1749 | Mercy Health Partners<br>PO Box 630827<br>Cincinnati, OH 45263-0827 |
| Midland Credit Management<br>PO Box 2036<br>Warren, MI 48090-2036 | Midland Credit Management, Inc. as agent for<br>Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090-2036 | National City Bank<br>1300 E, 9th Street, Suite 1900<br>Cleveland, OH 44114-1593 |

| | | |
|---|---|---|
| National City Bank<br>P.O. Box 85130<br>Louisville, KY 40285 | Ohio Bureau of Workers Compensation<br>ATTN: Bankruptcy Dept.<br>30 West Spring Street<br>Columbus, OH 43215-2256 | (p)OHIO BUREAU OF WORKERS COMPENSATION<br>LAW SECTION BANKRUPTCY UNIT<br>P O BOX 15567<br>COLUMBUS OH 43215-0567 |
| Ohio Department of Taxation<br>P.O. Box 1460<br>Columbus, OH 43216-1460 | Ohio Department of Taxation<br>P.O. Box 182401<br>Columbus, OH 43218-2401 | Ohio Department of Taxation<br>P.O. Box 182402<br>Columbus, OH 43218-2402 |
| Ohio Department of Taxation<br>P.O. Box 2057<br>Columbus, OH 43270-2057 | (p)OHIO DEPARTMENT OF JOBS AND FAMILY SERVICE<br>ATTN DONN D ROSENBLUM<br>P O BOX 182404<br>COLUMBUS OHIO 43218-2404 | Primary Care Associates<br>7067 Tiffany Blvd.<br>Youngstown, OH 44514-1981 |
| Radiology Consultants, Inc.<br>250 Debartolo Place<br>Youngstown, OH 44512-7004 | Radiology Consultants, Inc.<br>c/o Attorney Caitlyn R. Scheider<br>526 East Main Street<br>Alliance, OH 44601-2429 | Samuels Financial Services<br>1280 Boardman Canfield Road<br>Youngstown, OH 44512-4073 |
| Southwoods Imaging<br>250 Debartolo Place<br>Youngstown, OH 44512-7004 | St. Elizabeth Boardman<br>ATTN: Bankruptcy<br>PO Box 740738<br>Cincinnati, OH 45274-0738 | St. Elizabeth Health Center<br>8401 Market Street<br>Youngstown, OH 44512-6725 |
| State of Ohio Dept of Taxation<br>ATTN: Bankruptcy<br>PO Box 182402<br>Columbus, OH 43218-2402 | The Center for Women<br>4139 Boardman Canfield Road<br>Canfield, OH 44406-9034 | Thompson Heating and Cooling<br>219 North River Road NW<br>Warren, OH 44483-2295 |
| Tim Tusek, Esquire<br>945 Windham Court, Suite 3<br>Youngstown, OH 44512-5034 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Weltman Weinberg & Reis Co., LPA<br>323 West Lakeside Avenue, Suite 200<br>Cleveland, OH 44113-1009 |
| Youngstown Orthopedic<br>1499 Boardman Canfield Road<br>Youngstown, OH 44512-4008 | John H. Chaney III<br>Daniel Daniluk LLC<br>1129 Niles-Cortland Road<br>Warren, OH 44484 | Linda F. Iamurri<br>1948 Columbiana Road<br>New Springfield, OH 44443-9751 |
| Michael A. Gallo<br>5048 Belmont Avenue<br>Youngstown, OH 44505-1020 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>ATTN: Bankruptcy<br>1240 East 9th Street, Room #493<br>Cleveland, OH 44199 | (d)Internal Revenue Service<br>1240 E. 9th Street<br>Room 493<br>Cleveland, Ohio 44199 | (d)Internal Revenue Service<br>P.O. Box 219236, Stop P-4 5050<br>Kansas City, MO 64121 |
| Ohio Bureau of Workers Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Ohio Dept of Job & Family Services<br>PO Box 182404<br>Columbus, OH 43218 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Weltman, Weinberg & Reis Co., LPA<br>323 West Lakeside Avenue, Suite 200<br>Cleveland, OH 44113-1009 | End of Label Matrix<br>Mailable recipients   54<br>Bypassed recipients    1<br>Total                 55 |